Argued and submitted April 14, affirmed as modified June 16, 1982

In the Matter of:

MULDOON,
*Appellant,*
*and*
COE,
*Respondent.*

(No. 80-1569-E, CA A21426)

646 P2d 637

Loren L. Heuertz, Gold Hill, argued the cause and filed the brief for appellant.

Walter L. Cauble, Grants Pass, argued the cause for respondent. With him on the brief was Schultz, Salisbury & Cauble, Grants Pass.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM.

## PER CURIAM

This was a proceeding to dissolve a non-marital relationship, determine property rights and establish child custody, visitation and support. Appellant challenges that portion of the decree concerning certain aspects of support and visitation, as well as a portion giving judgment in the amount of $10,000 to respondent's father, Robert Coe. Robert Coe was not a party to these proceedings.

On *de novo* review, we find error only as to the $10,000 judgment. The $10,000 amount is a joint obligation of the parties, and should have been treated as such. Paragraph (4) of the decree, which concerns the $10,000 amount, is stricken and the following paragraph is substituted:

"(4) Respondent shall hold petitioner harmless for one-half of the sum of $10,000 presently owed by the parties to Robert Coe for his loan to the parties to acquire real estate."

As modified, the decree is affirmed.